Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

_____ Division

United States Courts Southern
District of Texas
FILED

*January 3, 2023*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| **Latosha Diggles** <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> **-v-** <br><br> **Texas Farmers Insurance Company** <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Latosha Diggles |
| Address | 9335 Gross Street |

| | | |
|---|---|---|
| Beaumont | TX | 77707 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Jefferson |
| Telephone Number | 409-466-5956 |
| E-Mail Address | latosha.diggles77@yahoo.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donean Surratt |
| Job or Title *(if known)* | Defendant for Texas Farmers Insurance Company |
| Address | 560 South 4th Street |

| | | |
|---|---|---|
| Silsbee | TX | 77656 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hardin |
| Telephone Number | 409-444-3333 |
| E-Mail Address *(if known)* | sds@fisherfirm.com |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | David Fisher |
| Job or Title *(if known)* | Defendant for Texas Farmers Insurance Company |
| Address | 560 South 4th Street |

| | | |
|---|---|---|
| Silsbee | TX | 77656 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hardin |
| Telephone Number | 409-444-3333 |
| E-Mail Address *(if known)* | david@fisherfirm.com |

☐ Individual capacity     ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

| | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? The Defendants, (Texas Farmers Insurance Company), Intervenors, (Michael Lindsay and his partners at the Lindsay Lindsay & Parsons Law Firm) and Intervenor, Eric Dick (Dick Law Firm) and bias judges at the Jefferson County Courthouse has repeatedly violated my civil rights under the United States Constitutional Rights and will not give me a fair trial.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Beaumont, Texas (Jefferson County) and Houston, Texas (Harris County)

B.    What date and approximate time did the events giving rise to your claim(s) occur?
1/12/2021 around 1:00 p.m., 1/15/2021 around 1:00 p.m., 11/23/2020 at 10:02 a.m., 1/21/2021 at 10:54 a.m., 11/17/2022 at 4:05 p.m., 11/12/2022 at 3:28 p.m., 10/25/2022 around 1:45 p.m., 8/12/2022 at 12: 33 p.m., 6/21/2021 around between 10:00 a.m.-1:00 p.m9., 12/29/2022 at 9:09 a.m.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Defendants, Intervenors, and bias judges has done everything iv their power tp prevent me from getting a fair trial. My trial has been stalled for years for senseless, unjustifiable reasons. All parties includingthe initial judge (Mitch Templeton, who is under investigation) were caught plotting a fraudulent scheme against me where the Judge was telling them that they have the potention to make my situation worst- like he was taught after law school). The Defendants has allowed the Intervenor Michael Lindsay and his partners to assert themselves into my lawsuit. Intervenor, Michael Lindsay used to work for Defendants, which was very well documented. Eric Dick (my prior attorney) has illegally cashed one of my claim checks of nearly $40,000 and now trying to bring our fee dispute issues to the Court dispite the terms of his contract that clearly states that all fee disputes decisions are bind to the Houston Bar Association Fee Dispute Committee.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have had and currently experiencing flare ups followed by increased pain levels that require additional treatment for a pre-existing back injury. My past and current aggrevation stems from high stress levels due to my situation with the parties mentioned above and the violation of my civil rights being violated. My physician has me scheduled for an apointment tomorrow for a referral for physial therapy to attempt to reduce my intensed pain levels.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking treble damages in the amount of $315,000.00 for damages to my property in which i am entitled to because the Defendants knowingly and willingly denied my claim for damages to my property, then underpaid the appraisal award once I hired an attorney. I terminated the attorney after learning that he illegally cashed my claim check. I complained to the Defendants about the matter and was told that I have to speak with the claim adjuster regarding the matter. I then contacted the claim adjuster and was told that usually the Defendants would handle the matter when it comes to theft claims. In addition, i am seekind an amount of $75,000.00 from Defendants and each Intervenor for additional property damages that stems from the stalling of my claim causing delays with my property being repaired, which caused my damages to my property to multiply a great deal. I am seeking an amount of $100,000 from Defendants and Intervenors each for my pain and suffering as mentioned above due to my increased pain and stress levels and ongoing flare ups due to my civil rights constantly being violated by all parties. Lastly, i am seeking $100,000.00 in punitive damages for each party for violating my civil rights and other outrages conduct to reform or deter the Defendant and Inyervenors from engaging in conduct similar to that which formed the basis og the lawsuit.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/30/2022

Signature of Plaintiff

Printed Name of Plaintiff     Latosha Diggles

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|      | City | State | Zip Code |
|------|------|-------|----------|

Telephone Number

E-mail Address

# LIST OF INTERVENORS

Michael J. Lindsay (Lindsay Lindsay & Parsons Law Firm)
710 N. 11th Street
Beaumont, TX 77702
mlindsay@llptx.com

Barrett Lindsay (Lindsay Lindsay & Parsons Law Firm)
710 N. 11th Street
Beaumont, TX 77702
blindsay@llptx.com

John Pat Parsons (Lindsay Lindsay & Parsons Law Firm)
710 N. 11th Street
Beaumont, TX 77702
jparsons@llptx.com

Eric B. Dick (Dick Law Firm)
3701 Brookwoods Dr.
Houston, TX 77092
eric@dicklawfirm.com