Case 4:23-cv-00078   Document 81   Filed on 08/29/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LATOSHA DIGGLES, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> DONEAN SURRATT, *et al.*, § <br> § <br> Defendants. § <br> § | CIVIL ACTION NO. 4:23-CV-78 |

## ORDER AUTHORIZING SUBSTITUTED SERVICE

Eric Dick ("Dick") is an attorney who is admitted to practice before the Southern District of Texas[1] and is a named defendant in this lawsuit. Because Plaintiff Latosha Diggles is proceeding *in forma pauperis*, the Court ordered the United States Marshals Service ("the U.S. Marshals") under Federal Rule of Civil Procedure 4(c)(3) to effect service on the defendants, including Dick. *See* case number 4:23-MC-1 at docket entry 2.

In an affidavit that they recently filed with the Court, the U.S. Marshals explain that they have made five attempts to serve Dick at his law office. (Dkt. 80). Dick refuses to authorize his paralegal—who in fact originally accepted service by email on Dick's behalf—to accept service for him; refuses to respond to the U.S. Marshals' requests that he contact them; and refuses to provide a date and time at which he will be at his office to accept service. (Dkt. 80). The Court finds such behavior from a member of the Bar of the Southern District of Texas unacceptable. The Court further finds that additional attempts

---

[1] Dick has an active practice before the Court. According to the Court's records, he has served as counsel on at least 256 cases in the Southern District of Texas.

to effectuate personal service on Dick would be a waste of judicial and taxpayer resources. Accordingly, the Court **ORDERS** that the U.S. Marshals may serve Dick with process at the email address that he has provided to the Court for electronic service in other cases: eric@dicklawfirm.com. *See* Fed. R. Civ. P. 4(e); Tex. R. Civ. P. 106(b).

    SIGNED at Houston, Texas, on August 29, 2023.

*[signature: George C. Hanks Jr.]*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE