Case 4:23-cv-00078   Document 89   Filed on 10/20/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATOSHA DIGGLES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-78 |
| | § | |
| DONEAN SURRATT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons given in the *Memorandum Opinion and Order* issued simultaneously with this judgment, Plaintiff Latosha Diggles's claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B). Each party shall bear its own fees and costs. All pending motions are **DENIED AS MOOT**.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas, on October 20, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE